Stuart B. Wolfe (SBN 156471)
Joshua M. Bryan (SBN 225230)
jmbryan@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

Attorneys for Defendant
CITIMORTGAGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS FIELD, an individual; and TERRIE FIELD, an individual<br><br>Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC., a California Corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 5:11-cv-01465-JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

It is hereby stipulated by and between Joshua M. Bryan, Esq. of Wolfe & Wyman, LLP, counsel for Defendant CITIMORTGAGE, INC., ("Defendant") and Nicolas M. Lezotte, Esq. of the Law Offices Of Nicolas Lezotte P.C., counsel for Plaintiffs CHRIS FIELD and TERRIE FIELD ("Plaintiffs"), that Plaintiffs may have an additional 30 days, up to and including August 4, 2011, within which to file a First Amended Complaint.

IT IS SO STIPULATED.

DATED:  June 27, 2011                    WOLFE & WYMAN LLP


                                         By: /s/ Joshua M. Bryan
                                             STUART B. WOLFE
                                             JOSHUA M. BRYAN
                                         **Attorneys for Defendant
                                         CITIMORTGAGE, INC.**

///

---
1
**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT**

DATED: June 27, 2011									LAW OFFICES OF NICOLAS LEZOTTE P.C.


											By: /s/ Nicholas Lezotte
												NICHOLAS LEZOTTE
											**Attorneys for Plaintiffs**
											**CHRIS FIELD and TERRIE FIELD**

* * * * * * *

## [PROPOSED] ORDER

The Court, having reviewed the Stipulation to extend time to file a First Amended Complaint, and Good Cause appearing therefore, makes the following Order:

Plaintiffs shall have up to and including August 4, 2011 within which to file their First Amended Complaint.

IT IS SO ORDERED.

Dated: 7/5/11                                 _____
											Hon. Jeremy Fogel
											Judge Of The United States District Court
											NORTHERN DISTRICT OF CALIFORNIA

---

2
**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT**

867369.1