**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS FIELD, an individual; and TERRIE FIELD, an individual,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITIMORTGAGE, INC., a California Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants.<br>_____ / | No. C 11-1465 MMC<br><br>**ORDER DISMISSING ACTION** |

　　By order filed June 15, 2011, the Court granted defendant Citimortgage, Inc.'s motion to dismiss the complaint in the above-titled case.[1]  In so doing, the Court afforded plaintiffs leave to amend their claims, and directed plaintiffs to file any amended pleading within twenty days thereafter, which deadline, by stipulation and order filed July 19, 2011, was extended to August 4, 2011.  To date, no amended pleading has been filed.

　　Accordingly, the above-titled action is hereby DISMISSED.

　　**IT IS SO ORDERED.**

Dated: September 28, 2011

　　　　　　　　　　　　　　　　　　　　*Maxine M. Chesney*
　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] On September 27, 2011, the case was reassigned to the undersigned.