IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRIS FIELD, an individual; and TERRIE FIELD, an individual,

        Plaintiffs,

v.

CITIMORTGAGE, INC., a California Corporation; and DOES 1 through 50, inclusive,

        Defendants.

No. CV-11-1465 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED.

Dated: September 29, 2011                    Richard W. Wieking, Clerk

                                                                          *Tracy Lucero*

                                                                          By: Tracy Lucero
                                                                          Deputy Clerk